CHASE NATIONAL BANK OF CITY OF NEW YORK, Respondent, *v.* MARY TURNER et al., Defendants, and KATHLEEN N. O'D. CANDEE, Individually and as Executrix of WILLIAM F. S. HART, Deceased, Appellant.

Argued April 18, 1938; decided May 24, 1938.

*Mark C. Candee* for appellant.

*Edward F. X. Ryan* and *George L. Trumbull* for respondent.

Judgment affirmed, with costs; no opinion. (See 278 N. Y. 694.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.